UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**R&D Film 1, LLC,**

    **Plaintiff,**

v.

    Case Nos. 2:12–cv–1112;
    2:12–cv–1113; 2:12–cv–1115;
    2:12–cv–1116; 2:12–cv–1117;
    2:12–cv–1120; 2:12–cv–1136;
    2:12–cv–1137; 2:12–cv–1138;
    2:12–cv–1139;

**John Does,**     Judge Michael H. Watson

    **Defendants.**

## ORDER

On August 21, 2013, United States Magistrate Judge Deavers filed Reports and Recommendations ("R&R") concerning the disposition of R&D Film 1, LLC's ("Plaintiff") Complaint in these cases. The R&Rs recommended dismissing these actions without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely effect service of process.

The R&Rs notified the parties of their right to file objections to the R&Rs pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). The R&Rs further specifically advised the parties that the failure to object to the R&Rs within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgments of the

District Court. Report and Recommendation 2, ECF No. 8. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&Rs are **ADOPTED**, and the cases are **DISMISSED WITHOUT PREJUDICE**. The Clerk shall enter judgment and terminate these cases.

**IT IS SO ORDERED.**

*[signature]*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**